

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-11-00900-CV

Gary **BIESENBACH**,
Appellant

v.

**THE CITY OF SAN ANTONIO**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-13675
Honorable Victor Negron, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and the underlying cause is DISMISSED without prejudice to the rights of either party to appeal a final decision of the hearing examiner. It is ORDERED that the appellant, Gary Biesenbach, recover his costs of this appeal from the appellee, The City of San Antonio.

SIGNED July 17, 2013.

_Karen Angelini_
Karen Angelini, Justice